NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NXP B.V.,**
*Plaintiff-Appellant,*

v.

**BLACKBERRY LIMITED AND BLACKBERRY CORPORATION,**
*Defendants-Cross-Appellants.*

2015-1114, -1147

Appeals from the United States District Court for the Middle District of Florida in No. 6:12-cv-00498-YK-TBS, Judge Yvette Kane.

**O R D E R**

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above.

(2) Appellant's opening brief is due no later than January 20, 2015. Cross-Appellants' opening brief is due no later than March 2, 2015. Appellant's reply brief is

due no later than April 13, 2015.  Cross-Appellants' reply brief is due no later than April 27, 2015.

           FOR THE COURT

           <u>/s/ Daniel E. O'Toole</u>
           Daniel E. O'Toole
           Clerk of Court

s26