NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**NXP B.V.,**
*Plaintiff - Appellant*

v.

**BLACKBERRY CORPORATION, BLACKBERRY LIMITED,**
*Defendants - Cross-Appellants*

---

15-1114

---

Appeal from the United States District Court for the Middle District of Florida in case no. 6:12-cv-00498-YK-TBS United States District Judge Yvette Kane

---

ON MOTION

### O R D E R

Upon consideration of the Appellant's, NXP B.V., unopposed motion to extend time to file a principal brief until March 06, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                FOR THE COURT

January 9, 2015                /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court